IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: _____ |
| KEITH THOMAS DOUGHERTY | : | VIOLATIONS: 18 U.S.C. § 115 (threatening a United States judge – 1 count) |
| | : | 18 U.S.C. § 876(c) (mailing threatening communications – 3 counts) |
| | : | |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about May 1, 2023, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**KEITH THOMAS DOUGHERTY**

threatened to assault and murder M.A.C., T.M.H., K.A.J., C.F.C., and R.G.A., United States judges, with the intent to impede, intimidate, and interfere with them while they were engaged in the performance of official duties, and with the intent to retaliate against them on account of their performance of official duties.

In violation of Title 18, United States Code, Section 115.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On or about May 3, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEITH THOMAS DOUGHERTY**

knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, dated May 1, 2023, addressed to the Clerk of the United States District Court for the Eastern District of Pennsylvania, containing a threat to murder M.A.C., T.M.H., K.A.J., C.F.C., and R.G.A., United States judges.

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about May 8, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## KEITH THOMAS DOUGHERTY

knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, dated May 3, 2023, addressed to the United States District Court for the Eastern District of Pennsylvania, containing a threat to murder employees of the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about March 1, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### KEITH THOMAS DOUGHERTY

knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, dated February 8, 2024, addressed to the Clerk of the United States Court of Appeals for the Third Circuit, containing a threat to murder three judges of the United States Court of Appeals for the Third Circuit, three judges of the United States District Court, one justice of the Pennsylvania Supreme Court, one judge of the Pennsylvania Superior Court, and one judge of the Pennsylvania Court of the Common Pleas.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

GRAND JURY FOREPERSON

_[signature]_ /for

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

Keith Dougherty

INDICTMENT

Counts

18 U.S.C. § 115 (threatening a United States judge – 1 count)
18 U.S.C. § 876(c) (mailing threatening communications – 3 counts)



Filed in open court this 18th day,
of June A.D. 20 24

Bail, $ _____