### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION NO. 24-264** |
| : | |
| **KEITH THOMAS DOUGHERTY** : | |

**McHUGH, J.**                                                                                           **March 20, 2025**

## ORDER

This 20th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss the Indictment on Speedy Trial Grounds (ECF 37) is **DENIED**. Additionally, Defendant's omnibus motions to dismiss, advanced orally at hearings, or in written submissions to the Court, ECF 20, ECF 45, are **DENIED.**


                                                                                    /s/ Gerald Austin McHugh
                                                                                    United States District Judge