IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                v.

:           CRIMINAL ACTION

:

:           No. 24-264

KEITH THOMAS DOUGHERTY
USM 76873-067

## NOTICE OF HEARING

       Take notice that the defendant is scheduled for a **jury trial** on **May 12, 2025 – May 15, 2025** at **9:30 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A       interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:         Christian J. Henry, Courtroom Deputy to J.  McHugh
             Phone: 267.299.7307

Date:      5/12/2025

cc via U.S. Mail:      Defendant: Keith Thomas Dougherty
cc via email:         Stand By Counsel: Mark Wilson
                     Assistant U.S. Attorney: Joseph LaBar
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)