IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 24-264 |
| | : | |
| KEITH THOMAS DOUGHERTY | : | |

McHUGH, J.                                                                                                                    October 29, 2025

## MEMORANDUM

This memorandum is issued to supplement the record with respect to Defendant Keith Dougherty's Motion for Recusal, ECF 94, denied by an Order entered October 24, 2025, ECF 102. Effective yesterday, the undersigned judicial officer was notified that Mr. Dougherty has filed a judicial misconduct complaint against him. Such complaints are confidential, and having reviewed precedent I am persuaded that disclosure of the complaint is not required. Nonetheless, for purposes of complete transparency, I make such disclosure here.

The Complaint names several federal judges, whom I will not identify here as they have not waived confidentiality. As to the undersigned, the complaint appears to assert a conflict of interest by virtue of exposure to purported civil or criminal liability, and further asserts that the writ of habeas corpus was wrongly suspended by virtue of rulings in a parallel habeas action 24-cv-4366. Mr. Dougherty has not renewed his motion to recuse, but because sentencing is approaching, I have reviewed applicable precedent to determine whether I should, *sua sponte*, reconsider my denial of the motion to recuse. Ample precedent from circuit courts confirms that I need not.

By way of threshold observation, the complaint is factually and legally frivolous. Beyond that, there is a clear consensus that the mere filing of a judicial misconduct complaint does not by

2

itself require recusal. *United States v. Vampire Nation,* 451 F.3d 189, 208 (3d Cir. 2006); *Martin v. Monumental Life Ins. Co.,* 240 F.3d 223, 237 (3d Cir. 2001); *In re Evergreen Sec., Ltd.,* 570 F.3d 1257, 1265 (11th Cir. 2009); *In re Mann,* 229 F.3d 657, 658 (7th Cir. 2000). Sentencing will therefore proceed as scheduled.

      /s/ Gerald Austin McHugh
United States District Judge

2